UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1769

RANDY L. THOMAS,

Plaintiff - Appellant,

v.

YNEZ OLSHAUSEN; MARY ELLEN MCDONALD; PETER GORMAN;
CHARLOTTE-MECKLENBURG POLICE; CHARLOTTE-MECKLENBURG; STATE
OF NORTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen,
Senior District Judge. (3:07-cv-00130-GCM)

Submitted: November 10, 2008        Decided: December 11, 2008

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy L. Thomas, Appellant Pro Se.  Mark Weston Johnson,
MCGUIREWOODS, LLP, Charlotte, North Carolina; Richard Harcourt
Fulton, Sardar Mujeeb Shah-Khan, OFFICE OF THE CITY ATTORNEY,
Charlotte, North Carolina; Thomas J. Ziko, Assistant Attorney
General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Olshausen</u>, No. 3:07-cv-00130-GCM (W.D.N.C. filed June 16, 2008 & entered June 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>